IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NITTANY OUTDOOR ADVERTISING, LLC and STEPHANAS MINISTRIES, | : : : : | Case No. 4:12-cv-00672 |
| Plaintiffs | : : | (Judge Brann) |
| v. | : : | |
| COLLEGE TOWNSHIP, | : : | |
| Defendant. | : | |

**ORDER**

**May 20, 2014**

In accordance with the Memorandum filed this same date **IT IS HEREBY ORDERED:**

1. Plaintiffs's motions for partial summary judgment and for permanent injunctive relief (ECF Nos. 25 & 28) are each GRANTED IN PART and DENIED IN PART.

2. The permit requirement (Coll. Twp Code § 170-4) and variance procedure (Coll. Twp. Code § 170-27) set forth in the Sign Ordinance of College Township are each UNCONSTITUTIONAL under the First Amendment of the United States Constitution.

3. College Township and its officers, agents, servants, employees, and

    attorneys are ENJOINED from enforcing against plaintiffs the Sign Ordinance's permit requirement and all Ordinance clauses to the extent they implement the permit requirement.

4.    College Township and its officers, agents, servants, employees, and attorneys are ENJOINED from enforcing against plaintiffs the Sign Ordinance's variance procedures and all Ordinance clauses to the extent they implement the variance procedures.

                       BY THE COURT:

                       s/Matthew W. Brann
                       Matthew W. Brann
                       United States District Judge