# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NITTANY OUTDOOR ADVERTISING, LLC, and STEPHANAS MINISTRIES, | : : : : | No. 4:12-cv-00672 (Judge Brann) |
| Plaintiffs, | : : | |
| v. | : : | |
| COLLEGE TOWNSHIP, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of April 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Revise, ECF No. 69, is DENIED; and

2. Plaintiffs' Second Motion for Partial Summary Judgment, ECF No. 71, is DENIED.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge